## AUTOCRAT COAL COMPANY v. STURGILL.

Court of Appeals of Kentucky.

(Decided March 1, 1935.)

HOWARD & MAYO and V. C. McDONALD for movant.

WILL H. LAYNE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY v. GASDORF.

Court of Appeals of Kentucky.

(Decided March 5, 1935.)

ROUSE & PRICE for movant.

C. B. SHIMER and F. J. HANLON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.